157 A.3d 863

NJM INSURANCE COMPANY, A CORPORATION (A/S/O MICHAEL J. SHUSTYK), PLAINTIFF–RESPONDENT, v. DIODELCY FERMIN AND DANNY R. NUNEZ, DEFENDANTS, AND CURE/CITIZENS UNITED RECIPROCAL EXCHANGE, DEFENDANT/THIRD–PARTY PLAINTIFF–PETITIONER, v. DIODELCY FERMIN, DANNY R. NUNEZ, KATRINA TOARMINA, LAURA SOLANO, MICHAEL J. SHUSTYK, AND GOVERNMENT EMPLOYEES INSURANCE COMPANY (GEICO), THIRD–PARTY DEFENDANTS.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001996–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.